1  LAW OFFICES OF JONG YUN KIM
   JONG YUN KIM, ESQ., SBN 272176
2  3600 WILSHIRE BLVD., SUITE 2226
   LOS ANGELES, CA 90010
3  TEL (213) 351-9400
   FAX (213) 736-6514
4  JONGKIMLAW@HOTMAIL.COM

5  ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patricia Sue Williams**, | CASE NO. 2:17-CV-08746-RAO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **NRH Global Holdings, LLC**, a Delaware limited liability company; **CIMMS Incorporated d/b/a Burger King**, a California corporation; and Does 1-10 inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT

**TO THE COURT:**

In accordance with the Court's Standing Order, and Local Rule 16-15.7, Plaintiff hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Respectfully submitted,

**LAW OFFICES OF JONG YUN KIM**

Dated: December 27, 2017         By:   /s/ Jong Yun Kim

Attorney for Plaintiff, Patricia Sue Williams