1  LAW OFFICES OF JONG YUN KIM
   JONG YUN KIM, ESQ., SBN 272176
2  3600 WILSHIRE BLVD., SUITE 2226
   LOS ANGELES, CA 90010
3  TEL (213) 351-9400
   FAX (213) 736-6514
4  JONGKIMLAW@HOTMAIL.COM

5  ATTORNEYS FOR PLAINTIFF

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

| **Patricia Sue Williams** | C<small>ASE</small> N<small>O</small>. **2:17-<small>CV</small>-08746-RAO** |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| **NRH Global Holdings, LLC**, a Delaware Limited Liability Company; **CIMMS Incorporated d/b/a Burger** King, a California corporation; and Does 1-10 inclusive, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Court Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff and her counsel of record voluntarily dismiss this lawsuit against Defendant NRH Global Holdings, LLC and Defendant CIMMS Incorporated d/b/a Burger King. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

**LAW OFFICES OF JONG YUN KIM**

Dated: February 6, 2018        By:   /s/ Jong Yun Kim
                                     Attorneys for Plaintiff
                                     PATRICIA SUE WILLIAMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28